UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW JODY GESSOW,<br><br>  Plaintiff,<br><br>  v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, et al.,<br><br>  Defendants. | Case No. 14-cv-01558-JD<br><br>**ORDER CONDITIONALLY DISMISSING CASE** |

The Court is advised that the parties have settled. Dkt. No. 48. Consequently, the Court dismisses this case without prejudice. If any party certifies to the Court by February 16, 2016 that the agreed consideration for the settlement of this action has not been delivered, this order will be vacated and the case will be set for a case management conference. If no certification is filed by February 16, 2016, the dismissal will be with prejudice after that date.

**IT IS SO ORDERED.**

Dated: January 14, 2016

_____
JAMES DONATO
United States District Judge